UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PIONEER FUNDING GROUP III, LLC, a New York domestic limited liability company; and PIONEER FUNDING GROUP IV, LLC, a New York domestic limited liability company,<br><br>        Appellants,<br>  v.<br><br>ROYAL ESSEX LLC; ROYAL UNION PROPERTIES LLC; MARLON STEELE, JR.; FURTHER SOUTH LLC; JERI COPPA-KNUDSON; GEORGE F. HOLMAN; MARTHA JANE HOLMAN,<br><br>        Appellees. | Case No. 3:24-cv-00440-MMD<br><br>REASSIGNMENT ORDER |
| *In re*<br><br>ESSEX REAL ESTATE PARTNERS, LLC,<br>        Debtor. | Case No. BK-S-19-51486-gs<br><br>Chapter 11 |
| PIONEER FUNDING GROUP III, LLC, a New York domestic limited liability company; PIONEER FUNDING GROUP IV, LLC, a New York domestic limited liability company; and FURTHER SOUTH, LLC, a Nevada domestic limited-liability company.<br><br>        Plaintiffs,<br>  v.<br><br>ESSEX REAL ESTATE PARTNERS, LLC, a Nevada Domestic limited liability company; *et al.*,<br><br>        Defendants.<br><br>KIRKLAND DEVELOPMENT ASSOCIATES, LLC, a Nevada limited liability company; TWO MUSKETEERS TRUST, DATED DECEMBER 21, 2005,<br><br>        Intervening Plaintiffs. | |

|  |  |
|---|---|
| PIONEER FUNDING GROUP III, LLC; *et al.*,<br>　　　　　　　　Plaintiffs,<br>　v.<br>Royal Essex LLC; *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:25-cv-00182-ART |

The presiding district judges have reviewed the cases named in the caption and determined that they are related. Further, the presiding judges have agreed that there is good cause to reassign 3:25-cv-00182-ART to Judge Miranda M. Du under LR 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case No. 3:25-cv-00182-ART is reassigned to Judge Miranda M. Du. The Clerk of Court is directed to update Case No. 3:25-cv-00182-ART to appear as Case No. 3:25-cv-00182-MMD.

DATED THIS 10th Day of April 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE